IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARIE COAKLEY                                                                                          PLAINTIFF

vs.                                                                           CAUSE NO. 3:05CV306HTW-JCS

BROOKSHIRE GROCERY COMPANY                                                               DEFENDANT

**ORDER GRANTING DEFENDANT, BROOKSHIRE GROCERY COMPANY'S, MOTION FOR SUMMARY JUDGMENT AND DISMISSING THIS MATTER WITH PREJUDICE**

THIS MATTER having come before the Court on the Motion of the Defendant, Brookshire Grocery Company, for Summary Judgment seeking dismissal of all of the Plaintiff's claims against it with prejudice and, it having been made known to the Court that the Plaintiff has confessed, and does confess, the Defendant's Motion and that the Plaintiff has no objection to the dismissal of this matter with prejudice so that the Court finds that:

It is hereby Ordered and Adjudged that the Motion of the Defendant, Brookshire Grocery Company, for Summary Judgment dismissing all of the Plaintiff's claims against it with prejudice should be and is hereby granted so that

This matter is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of April, 2006.

                                                                                   s/ HENRY T. WINGATE
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Prepared By:

s/Jeremy T. Hutto
Frances R. Shields, Esq. MSB #8522
Jeremy T. Hutto, Esq. MSB #101740
Attorneys For Brookshire Grocery Company